IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-623-RJC-DCK

| | |
|---|---|
| JOHN J. HABOVICK, JR., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SOUTHWEST AIRLINES COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by John A. Shedden, concerning W. Chris Harrison on November 7, 2014. Mr. W. Chris Harrison seeks to appear as counsel *pro hac vice* for Defendant Southwest Airlines Co. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** W. Chris Harrison is hereby admitted *pro hac vice* to represent Defendant Southwest Airlines Co.

**SO ORDERED**.

Signed: November 10, 2014

David C. Keesler
United States Magistrate Judge